**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| **In re:**  **PEGGY S. DENNIS,**  **Debtor** | **Chapter 13 Bankruptcy**  **Bankruptcy No. 17-12856 REF** |

**AMENDED CHAPTER 13 PLAN**

1. The Debtor shall pay the sum of $36,565.00 to the Chapter 13 Trustee, as follows:

    a. The sum of $2,520.00 has already been paid to the Chapter 13 Trustee.

    b. From December 25, 2017 through November 25, 2018 (12 months) inclusive, the Debtor shall pay to the Trustee the sum of $360.00 monthly, for a total of $4,320.00.

    c. From December 25, 2018 through April 25, 2022 (41 months) inclusive, the Debtor shall pay to the Trustee the sum of $725.00 monthly, for a total of $29,725.00.

2. From the payments so received, the Trustee shall make disbursements as follows:

    a. Full payment in deferred cash payments of all claims entitled to priority under 11 U.S.C. Section 507, as follows:

        i. Trustee's commissions.

        ii. Approved attorney's fees for services rendered by Hartman, Valeriano, Magovern & Lutz, P.C. in this bankruptcy proceeding.

    b. Holders of allowed secured claims shall retain the liens securing such claims and shall be provided for as follows:

        i. U.S. Bank/Pennsylvania Housing Finance Agency (Mortgage on residential real estate)(Proof of Claim No. 5):  Pre-petition arrears will be paid through the Plan. Payments arising post-petition will be paid outside the Plan.

        ii. Robeson Township (Proof of Claim No. 3):  The entire claim will be paid through the Chapter 13 Plan.

      iii.    Wells Fargo Dealer Services (Secured by the Debtor's 2006 Chrysler 300)(Proof of Claim No. 4):  The creditor is current.  Payments arising post-petition will be paid outside the Plan.

   c.    Subsequent to dividends to secured creditors, dividends to unsecured creditors whose claims are duly allowed shall be paid in full.

3.    The following executory contracts of the Debtor are rejected: None.

4.    Title to the Debtor's property shall revest in the Debtor upon the closing of the case.

Date:  November 13, 2017

**Respectfully submitted,**

**Hartman, Valeriano, Magovern & Lutz, PC**

**by:**    /s/ George M. Lutz

_____

**George M. Lutz, Esquire**
**1100 Berkshire Boulevard, Suite 301**
**Wyomissing, PA  19610**
**Pa. Attorney ID No.: 46437**