**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:**<br><br>**PEGGY S. DENNIS,**<br><br>**Debtor** | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy No. 17-12856 REF** |

**CERTIFICATE OF NO RESPONSE**

    I, George M. Lutz, Esquire, attorney for Debtor, hereby certify that neither the Trustee nor the United States Trustee nor any interested persons have filed an Answer within the time set by the court to the Application for Allowance of Compensation and Reimbursement of Expenses and request that the court grant the Application for Allowance of Compensation and Reimbursement of Expenses, as the Application is uncontested.

**Date:** January 10, 2018

                                                Respectfully submitted,

                                                **Hartman, Valeriano, Magovern & Lutz,**

                        by:    */s/ George M. Lutz*

                                        George M. Lutz, Esquire
                                        1100 Berkshire Blvd., Suite 301
                                        Wyomissing, PA  19610
                                        Attorney I.D. No. 46437
                                        Phone:  610-779-0772