**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>　　PEGGY S. DENNIS,<br><br>　　　　　　　　　　　　　　　Debtor | Chapter 13 Bankruptcy<br><br>Bankruptcy No. 17-12856 REF |

**ORDER**

　　AND NOW, upon consideration of the Application for Allowance of Compensation and Reimbursement of Expenses ("Application"),

　　IT IS HEREBY ORDERED that the Application is APPROVED in the amount of $3,726.00 for reimbursement of actual, necessary fees, of which $690.00 was received pre-petition, and expenses in the amount of $43.53.

**BY THE COURT:**

**Date: January 11, 2018**　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　**United States Bankruptcy Judge**

*Copies to:*

**Office of the United States Trustee**
**833 Chestnut St., Ste. 500**
**Philadelphia, PA 19107**

**George M. Lutz, Esquire**
**Hartman, Valeriano, Magovern & Lutz, PC**
**1100 Berkshire Blvd., Suite 301**
**Wyomissing, PA 19610**

**All creditors**

**Frederick L. Reigle, Esquire**
**P.O. Box 4010**
**Reading, PA 19606**

**Peggy S. Dennis**
**3554 Main Street**
**Birdsboro, PA  19508**