**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>**PEGGY S. DENNIS,**<br><br>**Debtor** | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy No. 17-12856 REF** |

**CERTIFICATE OF SERVICE**

    I, Alyssa J. Merkey, of Hartman, Valeriano, Magovern & Lutz, P.C., certify that a true and correct copy of Debtors' Response to Motion for Relief of U.S. Bank National Association was served upon the addresses listed below by way of electronic means on February 26, 2019:

UNITED STATES TRUSTEE - USTPRegion03.PH.ECF@usdoj.gov

SCOTT WATERMAN - ECFmail@fredreiglech13.com, ECF_FRPA@Trustee13.com

LISA MARIE CIOTTI on behalf of Trustee FREDERICK L. REIGLE
ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com

KEVIN G. MCDONALD on behalf of Creditor U.S. Bank National Association et al ...
bkgroup@kmllawgroup.com

MATTEO SAMUEL WEINER on behalf of Creditor U.S. Bank National Association
bkgroup@kmllawgroup.com

                                      **Hartman, Valeriano, Magovern & Lutz, P.C.**

                    By:    *s/Alyssa J. Merkey*
                            1100 Berkshire Blvd., Suite 301
                            Wyomissing, PA  19610
                            610-779-0772