**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| In re:<br><br>**PEGGY S. DENNIS,**<br><br>**Debtor** | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy No. 17-12856 REF** |
|---|---|

**CERTIFICATE OF SERVICE**

  I, Alyssa J. Merkey, of Hartman, Valeriano, Magovern & Lutz, P.C., certify that a true and correct copy of the Notice of Motion, Response Deadline and Hearing Date, Debtor's Motion to Modify Plan Post-Confirmation Pursuant to 11 U.S.C. 1329 and Second Amended Chapter 13 Plan were served upon the addresses listed below and all parties in interest by way of electronic means on April 1, 2019 and/or via first class mail on April 2, 2019:

UNITED STATES TRUSTEE - USTPRegion03.PH.ECF@usdoj.gov

WILLIAM MILLER*R - ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com

LISA MARIE CIOTTI on behalf of Trustee FREDERICK L. REIGLE - ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com

ROLANDO RAMOS-CARDONA on behalf of Trustee SCOTT WATERMAN - RRamos-Cardona@fredreiglech13.com

SCOTT WATERMAN - ECFmail@fredreiglech13.com, ECF_FRPA@Trustee13.com

LEON P. HALLER on behalf of Creditor U.S. Bank National Association - lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com

KEVIN G. MCDONALD on behalf of Creditor U.S. Bank National Association - bkgroup@kmllawgroup.com

KEVIN G. MCDONALD on behalf of Creditor U.S. Bank National Association et al - bkgroup@kmllawgroup.com

MATTEO SAMUEL WEINER on behalf of Creditor U.S. Bank National Association - bkgroup@kmllawgroup.com

Peggy S. Dennis
3554 Main Street
Birdsboro, PA  19508

              **Hartman, Valeriano, Magovern & Lutz, P.C.**

         By:  *s/Alyssa J. Merkey*
            1025 Berkshire Blvd., Suite 700
            Wyomissing, PA  19610
            610-779-0772

```
Label Matrix for local noticing              PRA Receivables Management LLC          Reading
0313-4                                       POB 41067                                400 Washington Street
Case 17-12856-ref                            Norfolk, VA 23541-1067                   Suite 300
Eastern District of Pennsylvania                                                      Reading, PA 19601-3951
Reading
Tue Apr  2 12:27:45 EDT 2019

ALLY FINANCIAL                               Ally Financial                           CHASE CARD
PO Box 380901                                PO Box 130424                            PO Box 15298
Minneapolis, MN 55438-0901                   Roseville MN 55113-0004                  Wilmington, DE 19850-5298


George M. Lutz, Esquire                      MIDLAND CREDIT MGMT INC                  ONEMAIN FINANCIAL
Hartman, Valeriano, Magovern & Lutz, P.C     2365 Northside Dr 300                    PO Box 1010
1100 Berkshire Blvd., Suite 301              San Diego, CA 92108-2709                 Evansville, IN 47706-1010
Wyomissing, PA 19610-1292


ONEMAIN FINANCIAL, INC.                      (p)PORTFOLIO RECOVERY ASSOCIATES LLC     Robeson Township
P.O. BOX 3251                                PO BOX 41067                             Attention: Gerri Sensenig
EVANSVILLE, IN 47731-3251                    NORFOLK VA 23541-1067                    8 Boonetown Road
                                                                                      Birdsboro, PA 19508-8317


TD BANK USA/TARGET CREDIT                    U.S. Bank National Association           U.S. Bank National Association
PO Box 673                                   KML Law Group, P.C.                      c/o Pennsylvania Housing Finance Agency
Minneapolis, MN 55440-0673                   701 Market Street, Suite 5000            211 North Front Street
                                             Philadelphia, PA 19106-1541              Harrisburg, PA 17101-1406


U.S. Bank National Association, Trustee      United States Trustee                    Wells Fargo Bank N.A., d/b/a Wells Fargo Dea
for Pennsylvania Housing Finance Agency      Office of the U.S. Trustee               PO Box 19657
211 N. Front St.                             833 Chestnut Street                      Irvine CA 92623-9657
Harrisburg, PA 17101-1406                    Suite 500
                                             Philadelphia, PA 19107-4405


Wells Fargo Dealer Service                   GEORGE M. LUTZ                           Peggy S. Dennis
Bankruptcy Dept.                             Hartman, Valeriano, Magovern & Lutz, PC  3554 Main Street
P.O. Box 1879                                1025 Berkshire Blvd.                     Birdsboro, PA 19508-8335
Winterville, NC 28590-1879                   Suite 700
                                             P.O. Box 5828
                                             Wyomissing, PA 19610-5828

SCOTT WATERMAN
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606-2265
```

               The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
               by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


```
Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)U.S. Bank National Association | (u)U.S. Bank National Association et al ... | End of Label Matrix |
| | | Mailable recipients   21 |
| | | Bypassed recipients    2 |
| | | Total                 23 |