**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| In re:<br><br>**PEGGY S. DENNIS,**<br><br>Debtor | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy No. 17-12856 REF** |

**CERTIFICATE OF NO RESPONSE**

    I, George M. Lutz, Esquire, attorney for Debtor, hereby certify that neither the Trustee nor the United States Trustee nor any interested persons have filed an Answer within the time set by the court to Debtor's Motion to Modify Plan Post-Confirmation Pursuant to 11 U.S.C. 1329 and requests that the court grant Debtors' Motion to Modify Plan Post-Confirmation Pursuant to 11 U.S.C. 1329, as the Motion is uncontested.

**Date:** April 24, 2019

                                  Respectfully submitted,

                                  **Hartman, Valeriano, Magovern & Lutz, P.C.**

              by:    */s/ George M. Lutz*

                                  George M. Lutz, Esquire
                                  1025 Berkshire Blvd., Suite 700
                                  Wyomissing, PA  19610
                                  Attorney I.D. No. 46437
                                  Phone:  610-779-0772