United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 17-12856-ref
Peggy S. Dennis                                                       Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Keith            Page 1 of 1          Date Rcvd: Apr 25, 2019
                              Form ID: pdf900        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 27, 2019.
db            +Peggy S. Dennis,    3554 Main Street,    Birdsboro, PA 19508-8335

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 26 2019 02:43:12
                PRA  Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067
                                                                                                TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2019 at the address(es) listed below:
              GEORGE M. LUTZ    on behalf of Debtor Peggy S. Dennis glutz@hvmllaw.com,
               amerkey@hvmllaw.com;r49419@notify.bestcase.com
              KEVIN G. MCDONALD    on behalf of Creditor   U.S. Bank National Association bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor   U.S. Bank National Association et al ...
               bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor   U.S. Bank National Association lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTEO SAMUEL WEINER    on behalf of Creditor   U.S. Bank National Association
               bkgroup@kmllawgroup.com
              ROLANDO  RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               RRamos-Cardona@fredreiglech13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| In re:  PEGGY S. DENNIS,  Debtor | Chapter 13 Bankruptcy  Bankruptcy No. 17-12856 REF |
|---|---|

**ORDER**

Upon consideration of the Debtor's Motion to Modify Plan Post-Confirmation Pursuant to 11 U.S.C. 1329 ("Motion"), and upon Debtor having certified that the Motion was served on all interested parties, and that no answer or other response to the Motion has been filed,

IT IS HEREBY ORDERED that the Second Amended Chapter 13 Plan is CONFIRMED.

BY THE COURT:

**Date: April 25, 2019**

**Richard E. Fehling**
**Chief United States Bankruptcy Judge**

**George M. Lutz, Esquire**
**Hartman, Valeriano, Magovern & Lutz, PC**
**1025 Berkshire Boulevard, Suite 700**
**P.O. Box 5828**
**Wyomissing, PA  19610**

**Office of the United States Trustee**
**833 Chestnut Street**
**Suite 500**
**Philadelphia, PA  19107**

**Scott F. Waterman, Esquire**
**2901 St. Lawrence Avenue**
**P.O. Box 4010**
**Reading, PA  19606**