**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** | **Chapter 13 Bankruptcy** |
| **PEGGY S. DENNIS,** | **Bankruptcy No. 17-12856** |
| **Debtor** | |

**CERTIFICATE OF NO RESPONSE**

    I, George M. Lutz, Esquire, attorney for Debtor, hereby certify that neither the Trustee nor the United States Trustee nor any interested persons have filed an Answer within the time set by the court to the Supplemental Application for Allowance of Compensation and Reimbursement of Expenses and requests that the court grant the Supplemental Application for Allowance of Compensation and Reimbursement of Expenses, as the Application is uncontested.

Date:  May 24, 2019

                                      Respectfully submitted,

                                      **Hartman, Valeriano, Magovern & Lutz, P.C.**

                by:        */s/ George M. Lutz*

                                      George M. Lutz, Esquire
                                      1025 Berkshire Blvd., Suite 700
                                      Wyomissing, PA  19610
                                      Attorney I.D. No. 46437
                                      Phone:  610-779-0772