**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** | **Chapter 13 Bankruptcy** |
| **PEGGY S. DENNIS,** | **Bankruptcy No. 17-12856 REF** |
| **Debtor** | |

**ORDER**

UPON CONSIDERATION of the Supplemental Application for Allowance of Compensation and Reimbursement of Expenses ("Application"),

IT IS HEREBY ORDERED that the Supplemental Application is approved in the amount of $750.00, for reimbursement of actual, necessary fees, for the period of December 21, 2017 through May 2, 2019.

BY THE COURT:

_____
**United States Bankruptcy Judge**

**Date: June 3, 2019**

Copies to:

Office of the United States Trustee
833 Chestnut St., Ste. 500
Philadelphia, PA 19107

Scott F. Waterman, Esquire
Chapter 13 Trustee
P.O. Box 4010
Reading, PA 19606

George M. Lutz, Esquire
Hartman, Valeriano, Magovern & Lutz, P.C.
1025 Berkshire Blvd., Suite 700
Wyomissing, PA 19610

Peggy S. Dennis
3554 Main Street
Birdsboro, PA 19508

**All creditors**