United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 17-12856-amc
Peggy S. Dennis                                                     Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: BarbaraS          Page 1 of 2          Date Rcvd: Jun 14, 2019
                              Form ID: 167            Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 16, 2019.
db            +Peggy S. Dennis,   3554 Main Street,   Birdsboro, PA 19508-8335
13906444      +CHASE CARD,   PO Box 15298,   Wilmington, DE 19850-5298
14030615      #+George M. Lutz, Esquire,   Hartman, Valeriano, Magovern & Lutz, P.C,
               1100 Berkshire Blvd., Suite 301,   Wyomissing, PA 19610-1292
14318344      +George M. Lutz, Esquire,   Hartman, Valeriano, Magovern & Lutz, P.C,
               1025 Berkshire Blvd, Suite 700,   Wyomissing, PA 19610-1284
13936643      +Robeson Township,   Attention: Gerri Sensenig,   8 Boonetown Road,   Birdsboro, PA 19508-8317
13906447      +TD BANK USA/TARGET CREDIT,   PO Box 673,   Minneapolis, MN 55440-0673
13975303      +U.S. Bank National Association,   KML Law Group, P.C.,   701 Market Street, Suite 5000,
               Philadelphia, PA 19106-1541
13906448      +U.S. Bank National Association, Trustee,   for Pennsylvania Housing Finance Agency,
               211 N. Front St.,   Harrisburg, PA 17101-1406
13948491       Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se,   PO Box 19657,   Irvine CA 92623-9657
13906449      +Wells Fargo Dealer Service,   Bankruptcy Dept.,   P.O. Box 1879,   Winterville, NC 28590-1879

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 15 2019 03:28:46
               PRA  Receivables Management LLC,   POB 41067,   Norfolk, VA 23541-1067
13906443      +E-mail/Text: ally@ebn.phinsolutions.com Jun 15 2019 03:31:26     ALLY FINANCIAL,
               PO Box 380901,   Minneapolis, MN 55438-0901
13929722       E-mail/Text: ally@ebn.phinsolutions.com Jun 15 2019 03:31:26     Ally Financial,
               PO Box 130424,   Roseville MN 55113-0004
13906445      +E-mail/Text: bankruptcydpt@mcmcg.com Jun 15 2019 03:33:27     MIDLAND CREDIT MGMT INC,
               2365 Northside Dr 300,   San Diego, CA 92108-2709
13906446      +E-mail/PDF: cbp@onemainfinancial.com Jun 15 2019 03:28:32     ONEMAIN FINANCIAL,   PO Box 1010,
               Evansville, IN 47706-1010
13932804       E-mail/PDF: cbp@onemainfinancial.com Jun 15 2019 03:27:38     ONEMAIN FINANCIAL, INC.,
               P.O. BOX 3251,   EVANSVILLE, IN 47731-3251
14255258       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 15 2019 03:27:47
               Portfolio Recovery Associates, LLC,   PO Box 41067,   Norfolk, VA 23541
13982172      +E-mail/Text: blegal@phfa.org Jun 15 2019 03:33:32     U.S. Bank National Association,
               c/o Pennsylvania Housing Finance Agency,   211 North Front Street,   Harrisburg, PA 17101-1406
                                                                                          TOTAL: 8

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 14, 2019 at the address(es) listed below:
              GEORGE M. LUTZ   on behalf of Debtor Peggy S. Dennis glutz@hvmllaw.com,
              amerkey@hvmllaw.com;r49419@notify.bestcase.com
              KEVIN G. MCDONALD   on behalf of Creditor   U.S. Bank National Association et al ...
              bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD   on behalf of Creditor   U.S. Bank National Association bkgroup@kmllawgroup.com
              LEON P. HALLER   on behalf of Creditor   U.S. Bank National Association lhaller@pkh.com,
              dmaurer@pkh.com;mgutshall@pkh.com
              LISA MARIE CIOTTI   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
              ecf_frpa@trustee13.com

District/off: 0313-4          User: BarbaraS          Page 2 of 2          Date Rcvd: Jun 14, 2019
                             Form ID: 167             Total Noticed: 18

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          MATTEO SAMUEL WEINER    on behalf of Creditor   U.S. Bank National Association
           bkgroup@kmllawgroup.com
          ROLANDO RAMOS-CARDONA   on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
           ecfmail@readingch13.com,  ecf_frpa@trustee13.com
          SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com,  ecf_frpa@trustee13.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                          TOTAL: 9

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

In Re: Peggy S. Dennis

      Debtor(s)

Case No: 17–12856–amc

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Hearing rescheduled re [36] Motion to Dismiss Case for Failure to Make Plan Payments Filed by SCOTT WATERMAN Represented by ROLANDO RAMOS–CARDONA (Counsel).

**Hearing rescheduled from 6/27/19 at 9:00 AM**

on: 7/11/19

at: 10:00 AM

in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Date:  6/14/19

Timothy B. McGrath
Clerk of Court