**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| In re:<br><br>PEGGY S. DENNIS,<br><br>Debtor | Chapter 13 Bankruptcy<br><br>Bankruptcy No. 17-12856 PMM |
|---|---|

**CERTIFICATE OF SERVICE**

      I, Alyssa J. Merkey, of Hartman, Valeriano, Magovern & Lutz, P.C., certify that a true and correct copy of the Notice of Motion, Response Deadline and Hearing Date, Debtor's Motion to Modify Plan Post-Confirmation Pursuant to 11 U.S.C. 1329 and Third Amended Chapter 13 Plan were served upon the addresses listed below and all creditors and parties in interest by way of electronic means on April 29, 2020 and/or via first class mail on April 30, 2020:

UNITED STATES TRUSTEE - USTPRegion03.PH.ECF@usdoj.gov

ROLANDO RAMOS-CARDONA on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) - ecfmail@readingch13.com

SCOTT F. WATERMAN (Chapter 13) - ECFMail@ReadingCh13.com

LISA MARIE CIOTTI on behalf of Trustee FREDERICK L. REIGLE - ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com

LEON P. HALLER on behalf of Creditor U.S. Bank National Association - lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com

KEVIN G. MCDONALD on behalf of Creditor U.S. Bank National Association - bkgroup@kmllawgroup.com

KEVIN G. MCDONALD on behalf of Creditor U.S. Bank National Association et al - bkgroup@kmllawgroup.com

MATTEO SAMUEL WEINER on behalf of Creditor U.S. Bank National Association - bkgroup@kmllawgroup.com

Peggy S. Dennis
3554 Main Street
Birdsboro, PA  19508

                               **Hartman, Valeriano, Magovern & Lutz, P.C.**

                By:    *s/Alyssa J. Merkey*
                        1025 Berkshire Blvd., Suite 700
                        Wyomissing, PA  19610
                        610-779-0772

```
Label Matrix for local noticing          PRA Receivables Management LLC        United States Trustee
0313-4                                   POB 41067                             Office of the U.S. Trustee
Case 17-12856-pmm                        Norfolk, VA 23541-1067                200 Chestnut Street
Eastern District of Pennsylvania                                               Suite 502
Reading                                                                        Philadelphia, PA 19106-2908
Thu Apr 30 08:48:13 EDT 2020

Reading                                  ALLY FINANCIAL                        Ally Financial
United States Bankruptcy Court           PO Box 380901                         PO Box 130424
Office of the Clerk, Gateway Building    Minneapolis, MN 55438-0901            Roseville MN 55113-0004
201 Penn Street, 1st Floor
Reading, PA 19601-4038

(p)JPMORGAN CHASE BANK  N A              George M. Lutz, Esquire               George M. Lutz, Esquire
BANKRUPTCY MAIL INTAKE TEAM              Hartman, Valeriano, Magovern & Lutz, P.C   Hartman, Valeriano, Magovern & Lutz, P.C
700 KANSAS LANE FLOOR 01                 1025 Berkshire Blvd, Suite 700        1100 Berkshire Blvd., Suite 301
MONROE LA 71203-4774                     Wyomissing, PA 19610-1284             Wyomissing, PA 19610-1292

MIDLAND CREDIT MGMT INC                  ONEMAIN FINANCIAL                     ONEMAIN FINANCIAL, INC.
2365 Northside Dr 300                    PO Box 1010                           P.O. BOX 3251
San Diego, CA 92108-2709                 Evansville, IN 47706-1010             EVANSVILLE, IN 47731-3251

(p)PORTFOLIO RECOVERY ASSOCIATES LLC     Robeson Township                      TD BANK USA/TARGET CREDIT
PO BOX 41067                             Attention: Gerri Sensenig             PO Box 673
NORFOLK VA 23541-1067                    8 Boonetown Road                      Minneapolis, MN 55440-0673
                                         Birdsboro, PA 19508-8317

U.S. Bank National Association           U.S. Bank National Association        U.S. Bank National Association, Trustee
KML Law Group, P.C.                      c/o Pennsylvania Housing Finance Agency   for Pennsylvania Housing Finance Agency
701 Market Street, Suite 5000            211 North Front Street                211 N. Front St.
Philadelphia, PA 19106-1541              Harrisburg, PA 17101-1406             Harrisburg, PA 17101-1406

Wells Fargo Bank N.A., d/b/a Wells Fargo Dea   Wells Fargo Dealer Service      GEORGE M. LUTZ
PO Box 19657                             Bankruptcy Dept.                      Hartman, Valeriano, Magovern, Lutz, PC
Irvine CA 92623-9657                     P.O. Box 1879                         1025 Berkshire Blvd.
                                         Winterville, NC 28590-1879            Suite 700
                                                                               P.O. Box 5828
                                                                               Wyomissing, PA 19610-5828

Peggy S. Dennis                          SCOTT F. WATERMAN (Chapter 13)
3554 Main Street                         Chapter 13 Trustee
Birdsboro, PA 19508-8335                 2901 St. Lawrence Ave.
                                         Suite 100
                                         Reading, PA 19606-2265
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
CHASE CARD                               Portfolio Recovery Associates, LLC
PO Box 15298                             PO Box 41067
Wilmington, DE 19850                     Norfolk, VA 23541
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)U.S. Bank National Association | (u)U.S. Bank National Association et al ... | End of Label Matrix |
| | | Mailable recipients    22 |
| | | Bypassed recipients     2 |
| | | Total                  24 |