**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| In re:<br><br>　　　PEGGY S. DENNIS,<br><br>　　　　　　　Debtor | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy No. 17-12856 PMM** |

**CERTIFICATE OF NO REPSONSE**

　　　I, George M. Lutz, Esquire, attorney for Debtor, hereby certify that neither the Trustee nor the United States Trustee nor any interested persons have filed an Answer within the time set by the court to Debtor's Motion to Modify Plan Post Confirmation Post-Confirmation Pursuant to 11 U.S.C. 1329, and the Debtor requests that the court grant Debtor's Motion to Modify Plan Post Confirmation Post-Confirmation Pursuant to 11 U.S.C. 1329, as the Motion is uncontested.

Date: May 20, 2020

　　　　　　　　　　　　　　　　　**Hartman, Valeriano, Magovern & Lutz, P.C.**

　　　　　　　　　　By:　　*s/George M. Lutz, Esquire*

　　　　　　　　　　　　　　1025 Berkshire Blvd., Suite 700
　　　　　　　　　　　　　　Wyomissing, PA 19610
　　　　　　　　　　　　　　Attorney I.D. #46437
　　　　　　　　　　　　　　(610) 779-0772