## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
## READING DIVISION

| In re:  PEGGY S. DENNIS,  Debtor | Chapter 13 Bankruptcy  Bankruptcy No. 17-12856 PMM |
|---|---|

### ORDER

Upon consideration of the Debtor's Motion to Modify Plan Post-Confirmation Pursuant to 11 U.S.C. 1329 ("Motion"), and upon Debtor having certified that the Motion was served on all interested parties, and that no answer or other response to the Motion has been filed,

IT IS HEREBY ORDERED that the Third Amended Chapter 13 Plan is CONFIRMED.

BY THE COURT:

*Patricia M. Mayer*

**Date: May 21, 2020**

**Patricia M. Mayer**
**United States Bankruptcy Judge**