United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Peggy S. Dennis  
    Debtor

Case No. 17-12856-pmm  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: Antoinett     Page 1 of 1     Date Rcvd: May 21, 2020  
                           Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 23, 2020.  
db          +Peggy S. Dennis,    3554 Main Street,    Birdsboro, PA 19508-8335

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                               TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2020                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2020 at the address(es) listed below:  
         GEORGE M. LUTZ    on behalf of Debtor Peggy S. Dennis glutz@hvmllaw.com,  
          amerkey@hvmllaw.com;r49419@notify.bestcase.com  
         KEVIN G. MCDONALD    on behalf of Creditor    U.S. Bank National Association bkgroup@kmllawgroup.com  
         KEVIN G. MCDONALD    on behalf of Creditor    U.S. Bank National Association et al ...  
          bkgroup@kmllawgroup.com  
         LEON P. HALLER    on behalf of Creditor    U.S. Bank National Association lhaller@pkh.com,  
          dmaurer@pkh.com;mgutshall@pkh.com  
         LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,  
          ecf_frpa@trustee13.com  
         MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. Bank National Association  
          bkgroup@kmllawgroup.com  
         ROLANDO   RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)  
          ecfmail@readingch13.com  
         SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                                                           TOTAL: 9

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION**

| In re:<br><br>PEGGY S. DENNIS,<br><br>Debtor | Chapter 13 Bankruptcy<br><br>Bankruptcy No. 17-12856 PMM |
|---|---|

**ORDER**

    Upon consideration of the Debtor's Motion to Modify Plan Post-Confirmation Pursuant to 11 U.S.C. 1329 ("Motion"), and upon Debtor having certified that the Motion was served on all interested parties, and that no answer or other response to the Motion has been filed,

    IT IS HEREBY ORDERED that the Third Amended Chapter 13 Plan is CONFIRMED.

BY THE COURT:

*Patricia M. Mayer*

**Date: May 21, 2020**

**Patricia M. Mayer
United States Bankruptcy Judge**