UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Peggy S. Dennis,    :    Chapter 13
        Debtor    :    Bky. No. 17-12856 PMM

## O R D E R

AND NOW, upon consideration of the Supplemental Application for Compensation (doc. no. 63) filed by the Debtor's counsel, George M. Lutz ("the Applicant"), and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Supplemental Application is **GRANTED.**

2. Compensation is allowed in favor of the Applicant in the amount of $1,314.00 for services performed from May 3, 2019 through May 21, 2020.[1] Expenses are allowed in the amount of $35.45.

3. The Chapter 13 Trustee is authorized to distribute to the Applicant the allowed compensation as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B).

4. The compensation may be paid to the Applicant in accordance with the terms of the confirmed Plan.

*Patricia M. Mayer*

**Date:** June 15, 2020

                                              **PATRICIA M. MAYER**
                                              **U.S. BANKRUPTCY JUDGE**

---

[1] The Applicant has received a prior fee award in the amount of $3,726.00. See Application at 1.