United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                           Case No. 17-12856-pmm
Peggy S. Dennis                                                                  Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: TashaD          Page 1 of 1          Date Rcvd: Jun 15, 2020
                              Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2020.
db            +Peggy S. Dennis,    3554 Main Street,    Birdsboro, PA 19508-8335

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 15, 2020 at the address(es) listed below:
              GEORGE M. LUTZ    on behalf of Debtor Peggy S. Dennis glutz@hvmllaw.com,
               amerkey@hvmllaw.com;r49419@notify.bestcase.com
              KEVIN G. MCDONALD    on behalf of Creditor   U.S. Bank National Association bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor   U.S. Bank National Association et al ...
               bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor   U.S. Bank National Association lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTEO SAMUEL WEINER    on behalf of Creditor   U.S. Bank National Association
               bkgroup@kmllawgroup.com
              ROLANDO   RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ecfmail@readingch13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Peggy S. Dennis,        :        Chapter 13
         Debtor        :        Bky. No. 17-12856 PMM

# O R D E R

**AND NOW**, upon consideration of the Supplemental Application for Compensation (doc. no. 63) filed by the Debtor's counsel, George M. Lutz ("the Applicant"), and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Supplemental Application is **GRANTED.**

2. Compensation is allowed in favor of the Applicant in the amount of $1,314.00 for services performed from May 3, 2019 through May 21, 2020.[1] Expenses are allowed in the amount of $35.45.

3. The Chapter 13 Trustee is authorized to distribute to the Applicant the allowed compensation as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B).

4. The compensation may be paid to the Applicant in accordance with the terms of the confirmed Plan.

**Date:** June 15, 2020

                                        **PATRICIA M. MAYER**
                                        **U.S. BANKRUPTCY JUDGE**

---

[1] The Applicant has received a prior fee award in the amount of $3,726.00. See Application at 1.