| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
Chapter 13 Case No. 17-12856-PMM

PEGGY S. DENNIS
3554 MAIN STREET
BIRDSBORO  PA   19508

Petition Filed Date: 04/25/2017
341 Hearing Date: 06/13/2017
Confirmation Date: 12/14/2017

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/29/2019 | $360.00 | 17842279068 | 04/29/2019 | $6,675.00 | 1001915644 | 06/25/2019 | $675.00 | 1002008720 |
| 07/12/2019 | $1,350.00 | 1002113530 | 07/30/2019 | $675.00 | 6000626055 | 09/03/2019 | $675.00 | 25911905793 |
| 10/24/2019 | $675.00 | 25549406695 | 01/03/2020 | $675.00 | 25911924131 | 02/11/2020 | $675.00 | 25911912846 |
| 02/25/2020 | $675.00 | 26380929058 | 07/28/2020 | $450.00 | 26394232746 | | | |

**Total Receipts for the Period: $13,560.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $20,040.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 2 | ONE MAIN FINANCIAL<br>»» 002 | Unsecured Creditors | $384.76 | $0.00 | $384.76 |
| 5 | PA HOUSING FINANCE AGENCY<br>»» 005 | Mortgage Arrears | $14,456.90 | $7,455.78 | $7,001.12 |
| 5 | PA HOUSING FINANCE AGENCY<br>»» 05P | Mortgage Arrears | $14,618.49 | $5,797.92 | $8,820.57 |
| 1 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 001 | Unsecured Creditors | $9,052.57 | $0.00 | $9,052.57 |
| 3 | ROBESON TOWNSHIP<br>»» 003 | Secured Creditors | $1,634.90 | $843.17 | $791.73 |
| 4 | WELLS FARGO DEALER SERVICES<br>»» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | HARTMAN, VALERIANO, MAGOVERN & LUTZ PC<br>»» 006 | Attorney Fees | $3,079.53 | $3,079.53 | $0.00 |
| 7 | HARTMAN, VALERIANO, MAGOVERN & LUTZ PC<br>»» 007 | Attorney Fees | $750.00 | $750.00 | $0.00 |
| 0 | HARTMAN, VALERIANO, MAGOVERN & LUTZ PC | Attorney Fees | $1,000.00 | $0.00 | $1,000.00 |

**Chapter 13 Case No. 17-12856-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $20,040.00 | Current Monthly Payment: | $450.00 |
| Paid to Claims: | $17,926.40 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,708.60 | Total Plan Base: | $40,290.00 |
| Funds on Hand: | $405.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.