**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>**PEGGY S. DENNIS,**<br><br>Debtor | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy No. 17-12856 PMM** |

**CERTIFICATE OF SERVICE**

    I, Alyssa J. Merkey, of Hartman, Valeriano, Magovern & Lutz, P.C., certify that a true and correct copy of the Notice of Motion, Response Deadline and Hearing Date, Debtor's Motion to Modify Plan Post-Confirmation Pursuant to 11 U.S.C. 1329 and Fourth Amended Chapter 13 Plan were served upon the addresses listed below, all creditors and parties in interest by way of electronic means on May 19, 2021 and/or via first class mail on May 21, 2021:

UNITED STATES TRUSTEE - USTPRegion03.PH.ECF@usdoj.gov

ROLANDO RAMOS-CARDONA on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) - ecfmail@readingch13.com

SCOTT F. WATERMAN (Chapter 13) - ECFMail@ReadingCh13.com

LISA MARIE CIOTTI on behalf of Trustee FREDERICK L. REIGLE - ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com

LEON P. HALLER on behalf of Creditor U.S. Bank National Association - lhaller@pkh.com, dmaurer@pkh.com; mgutshall@pkh.com

KEVIN G. MCDONALD on behalf of Creditor U.S. Bank National Association - bkgroup@kmllawgroup.com

KEVIN G. MCDONALD on behalf of Creditor U.S. Bank National Association et al - bkgroup@kmllawgroup.com

MATTEO SAMUEL WEINER on behalf of Creditor U.S. Bank National Association - bkgroup@kmllawgroup.com

Peggy S. Dennis
3554 Main Street
Birdsboro, PA  19508

                                           **Hartman, Valeriano, Magovern & Lutz, P.C.**

                        By:    */s/ Alyssa J. Merkey*
                                1025 Berkshire Blvd., Suite 700
                                Wyomissing, PA  19610
                                610-779-0772

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0313-4<br>Case 17-12856-pmm<br>Eastern District of Pennsylvania<br>Reading<br>Fri May 21 11:04:58 EDT 2021 | PRA Receivables Management LLC<br>POB 41067<br>Norfolk, VA 23541-1067 | United States Trustee<br>Office of the U.S. Trustee<br>200 Chestnut Street<br>Suite 502<br>Philadelphia, PA 19106-2908 |
| Reading<br>United States Bankruptcy Court<br>Office of the Clerk, Gateway Building<br>201 Penn Street, 1st Floor<br>Reading, PA 19601-4038 | ALLY FINANCIAL<br>PO Box 380901<br>Minneapolis, MN 55438-0901 | Ally Financial<br>PO Box 130424<br>Roseville MN 55113-0004 |
| (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | George M. Lutz, Esquire<br>Hartman, Valeriano, Magovern & Lutz, P.C<br>1025 Berkshire Blvd, Suite 700<br>Wyomissing, PA 19610-1284 | George M. Lutz, Esquire<br>Hartman, Valeriano, Magovern & Lutz, P.C<br>1100 Berkshire Blvd., Suite 301<br>Wyomissing, PA 19610-1292 |
| MIDLAND CREDIT MGMT INC<br>2365 Northside Dr 300<br>San Diego, CA 92108-2709 | ONEMAIN FINANCIAL<br>PO Box 1010<br>Evansville, IN 47706-1010 | ONEMAIN FINANCIAL, INC.<br>P.O. BOX 3251<br>EVANSVILLE, IN 47731-3251 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Robeson Township<br>Attention: Gerri Sensenig<br>8 Boonetown Road<br>Birdsboro, PA 19508-8317 | TD BANK USA/TARGET CREDIT<br>PO Box 673<br>Minneapolis, MN 55440-0673 |
| U.S. Bank National Association<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106-1541 | U.S. Bank National Association<br>c/o Pennsylvania Housing Finance Agency<br>211 North Front Street<br>Harrisburg, PA 17101-1406 | U.S. Bank National Association, Trustee<br>for Pennsylvania Housing Finance Agency<br>211 N. Front St.<br>Harrisburg, PA 17101-1406 |
| Wells Fargo Bank N.A., d/b/a Wells Fargo Dea<br>PO Box 19657<br>Irvine CA 92623-9657 | Wells Fargo Dealer Service<br>Bankruptcy Dept.<br>P.O. Box 1879<br>Winterville, NC 28590-1879 | GEORGE M. LUTZ<br>Hartman, Valeriano, Magovern, Lutz, PC<br>1025 Berkshire Blvd.<br>Suite 700<br>P.O. Box 5828<br>Wyomissing, PA 19610-5828 |
| Peggy S. Dennis<br>3554 Main Street<br>Birdsboro, PA 19508-8335 | SCOTT F. WATERMAN (Chapter 13)<br>Chapter 13 Trustee<br>2901 St. Lawrence Ave.<br>Suite 100<br>Reading, PA 19606-2265 | |

                The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
                by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| CHASE CARD<br>PO Box 15298<br>Wilmington, DE 19850 | Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk, VA 23541 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)U.S. Bank National Association | (u)U.S. Bank National Association et al ... | End of Label Matrix |
| | | Mailable recipients    22 |
| | | Bypassed recipients     2 |
| | | Total                  24 |