| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 17-12856-PMM**

PEGGY S. DENNIS
3554 MAIN STREET
BIRDSBORO  PA   19508

Petition Filed Date: 04/25/2017
341 Hearing Date: 06/13/2017
Confirmation Date: 12/14/2017

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/03/2020 | $675.00 | 25911924131 | 02/11/2020 | $675.00 | 25911912846 | 02/25/2020 | $675.00 | 26380929058 |
| 07/28/2020 | $450.00 | 26394232746 | 09/04/2020 | $450.00 | | 09/29/2020 | $650.00 | 26394236842 |
| 11/17/2020 | $450.00 | 26394239452 | 01/14/2021 | $450.00 | 26485712065 | 02/17/2021 | $450.00 | 26394244356 |
| 04/05/2021 | $450.00 | 26485725328 | 04/05/2021 | $450.00 | 26394245548 | | | |

**Total Receipts for the Period: $5,825.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $23,390.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 2 | ONE MAIN FINANCIAL<br>»» 002 | Unsecured Creditors | $384.76 | $0.00 | $384.76 |
| 5 | PA HOUSING FINANCE AGENCY<br>»» 005 | Mortgage Arrears | $14,456.90 | $8,504.05 | $5,952.85 |
| 5 | PA HOUSING FINANCE AGENCY<br>»» 05P | Mortgage Arrears | $14,618.49 | $7,118.62 | $7,499.87 |
| 1 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 001 | Unsecured Creditors | $9,052.57 | $0.00 | $9,052.57 |
| 3 | ROBESON TOWNSHIP<br>»» 003 | Secured Creditors | $1,634.90 | $961.70 | $673.20 |
| 4 | WELLS FARGO DEALER SERVICES<br>»» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | HARTMAN, VALERIANO, MAGOVERN & LUTZ PC<br>»» 006 | Attorney Fees | $3,079.53 | $3,079.53 | $0.00 |
| 7 | HARTMAN, VALERIANO, MAGOVERN & LUTZ PC<br>»» 007 | Attorney Fees | $750.00 | $750.00 | $0.00 |
| 0 | HARTMAN, VALERIANO, MAGOVERN & LUTZ PC | Attorney Fees | $1,000.00 | $1,000.00 | $0.00 |
| 0 | GEORGE M LUTZ ESQUIRE | Attorney Fees | $2,004.00 | $0.00 | $2,004.00 |
| 6 | PA HOUSING FINANCE AGENCY<br>»» 05P | Secured Creditors | $5,786.51 | $0.00 | $5,786.51 |

**Chapter 13 Case No. 17-12856-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $23,390.00 | Current Monthly Payment: | $450.00 |
| Paid to Claims: | $21,413.90 | Arrearages: | $1,150.00 |
| Paid to Trustee: | $1,976.10 | Total Plan Base: | $40,290.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.