**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| **In re:** <br><br> **PEGGY S. DENNIS,** <br><br> **Debtor** | **Chapter 13 Bankruptcy** <br><br> **Bankruptcy No. 17-12856 PMM** |

**CERTIFICATE OF SERVICE**

The undersigned, Ashley N. Santana, of Hartman, Valeriano, Magovern & Lutz, P.C., hereby certifies that on July 20, 2022 true and correct copies of the Motion to Sell Real Estate Free and Clear of Liens and Encumbrances, Notice, and Order were served upon:

1. each of the recipients listed below by way of electronic means at the email addresses indicated:

    LISA MARIE CIOTTI on behalf of Trustee FREDERICK L. REIGLE
    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com

    LEON P. HALLER on behalf of Creditor U.S. Bank National Association
    lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com

    KEVIN G. MCDONALD on behalf of Creditor U.S. Bank National Association
    bkgroup@kmllawgroup.com

    KEVIN G. MCDONALD on behalf of Creditor U.S. Bank National Association et al ...
    bkgroup@kmllawgroup.com

    ROLANDO RAMOS-CARDONA on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
    ecfmail@readingch13.com

    REBECCA ANN SOLARZ on behalf of Creditor U.S. Bank National Association
    bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

    United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

SCOTT F. WATERMAN (Chapter 13)
ECFMail@ReadingCh13.com

MATTEO SAMUEL WEINER on behalf of Creditor U.S. Bank National Association
bkgroup@kmllawgroup.com

and

2. upon all addressees on the bankruptcy clerk's mailing matrix, with the exception of those who received service by electronic means as stated in Section 1 above, by first class, United States mail, postage prepaid

**Date: July 21, 2022**

                              **Respectfully submitted,**

                              **Hartman, Valeriano, Magovern & Lutz, PC**

**by:**     */s/ Ashley N. Santana*

                              **Ashley N. Santana**
                              **1025 Berkshire Boulevard, Suite 700**
                              **Wyomissing, PA  19610**