## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
## READING DIVISION

| | |
|---|---|
| **In re:**<br><br>**PEGGY S. DENNIS,**<br><br>                              **Debtor** | Chapter 13 Bankruptcy<br><br>Bankruptcy No. 17-12856 PMM |

### ORDER TO SELL REAL ESTATE FREE AND CLEAR OF LIENS AND ENCUMBRANCES TO APPROVE ESCROW OF FUNDS FOR ATTORNEY'S FEES, AND TO PERMIT DISTRIBUTION OF SALE PROCEEDS

AND NOW, upon consideration of the Motion to Sell Real Estate Free and Clear of Liens and Encumbrances, to Approve Escrow of Funds for Attorney's Fees, and to Permit Distribution of Sale Proceeds ("Motion"), and after notice and opportunity for hearing,

IT IS HEREBY ORDERED that:

1. The Debtor has satisfied this Court that the proposed sale is to a good faith purchaser for a fair and reasonable consideration that is in the best interests of the bankruptcy estate and that the Debtor is therefore authorized to sell, free and clear of all liens and encumbrances, the real property owned by the Debtor located at 3554 Main Street, Birdsboro, Berks County PA 19508 to Justin Marko for the sum of $165,000.00 in accordance with the terms of the Agreement of Sale attached to the Motion as Exhibit A.

2. The distributions proposed in the Motion are APPROVED, with the qualification that all of the $2,827.75 to be paid to the Chapter 13 Trustee at settlement will be used for the benefit of non-priority unsecured creditors, and no secured creditors or legal fees will be paid by the trustee from these funds.

3. The Debtor shall submit a copy of the HUD-1 Settlement Statement to the Chapter 13 Trustee within 10 days of the date of settlement on the Premises.

**Date:**  August     , 2022                                             **BY THE COURT:**

                                                                                              _____
                                                                                              **Patricia M. Mayer**
                                                                                              **United States Bankruptcy Judge**