# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
## READING DIVISION

| | |
|---|---|
| In re:<br><br>**PEGGY S. DENNIS,**<br><br>Debtor | Chapter 13  Bankruptcy<br><br>Bankruptcy No. 17-12856 PMM |

## CERTIFICATE OF NO RESPONSE
### RE: MOTION TO SELL REAL ESTATE FREE AND CLEAR OF LIENS AND ENCUMBRANCES, TO APPROVE ESCROW OF FUNDS FOR ATTORNEY'S FEES, AND TO PERMIT DISTRIBUTION OF SALE PROCEEDS

The undersigned, George M. Lutz, Esquire, attorney for the Debtor, hereby certifies that no answer, objection or other responsive pleading has been served upon me or upon the Debtor in connection with the Motion to Sell Real Estate Free and Clear of Liens and Encumbrances, to Approve Escrow of Funds for Attorney's Fees, and to Permit Distribution of Sale Proceeds, which was served upon all parties of interest on July 20, 2022.

Dated: August 10, 2022

                              **Respectfully submitted,**

                              **Hartman, Valeriano, Magovern & Lutz, PC**

        **by:**    */s/ George M. Lutz*

                              **George M. Lutz, Esquire**
                              **1025 Berkshire Boulevard, Suite 700**
                              **Wyomissing, PA  19610**
                              **Pa. Attorney ID No.: 46437**
                              **Attorneys for Debtor**