Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022  
**Chapter 13 Case No. 17-12856-PMM**

PEGGY S. DENNIS  
3554 MAIN STREET  
BIRDSBORO  PA   19508

Petition Filed Date: 04/25/2017  
341 Hearing Date: 06/13/2017  
Confirmation Date: 12/14/2017

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/05/2021 | $450.00 | 26485725328 | 04/05/2021 | $450.00 | 26394245548 | 06/29/2021 | $670.00 | 27280428917 |
| 07/12/2021 | $670.00 | 27280437568 | 08/03/2021 | $670.00 | 26485747525 | 09/14/2021 | $670.00 | 26401970755 |
| 10/19/2021 | $670.00 | 26401969563 | 12/01/2021 | $670.00 | 26401971396 | 01/03/2022 | $670.00 | 27745586482 |
| 02/24/2022 | $670.00 | 27699451457 | 04/04/2022 | $670.00 | 27699453281 | 04/04/2022 | $670.00 | 27699453448 |
| 06/14/2022 | $670.00 | 26401971576 | 06/14/2022 | $670.00 | 27699454765 | 06/29/2022 | $670.00 | 27699456150 |

**Total Receipts for the Period: $9,610.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $32,100.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 2 | ONE MAIN FINANCIAL<br>»» 002 | Unsecured Creditors | $384.76 | $0.00 | $384.76 |
| 5 | PA HOUSING FINANCE AGENCY<br>»» 005 | Mortgage Arrears | $14,456.90 | $10,480.17 | $3,976.73 |
| 5 | PA HOUSING FINANCE AGENCY<br>»» 05P | Mortgage Arrears | $14,618.49 | $9,608.29 | $5,010.20 |
| 1 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 001 | Unsecured Creditors | $9,052.57 | $0.00 | $9,052.57 |
| 3 | ROBESON TOWNSHIP<br>»» 003 | Secured Creditors | $1,634.90 | $1,185.19 | $449.71 |
| 4 | WELLS FARGO DEALER SERVICES<br>»» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | HARTMAN, VALERIANO, MAGOVERN & LUTZ PC<br>»» 006 | Attorney Fees | $3,079.53 | $3,079.53 | $0.00 |
| 7 | HARTMAN, VALERIANO, MAGOVERN & LUTZ PC<br>»» 007 | Attorney Fees | $750.00 | $750.00 | $0.00 |
| 0 | HARTMAN, VALERIANO, MAGOVERN & LUTZ PC | Attorney Fees | $1,349.45 | $1,349.45 | $0.00 |
| 0 | HARTMAN, VALERIANO, MAGOVERN & LUTZ PC | Attorney Fees | $1,000.00 | $1,000.00 | $0.00 |
| 6 | PA HOUSING FINANCE AGENCY<br>»» 05P | Secured Creditors | $5,786.51 | $1,920.89 | $3,865.62 |

**Chapter 13 Case No. 17-12856-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $32,100.00 | Current Monthly Payment: | $690.00 |
| Paid to Claims: | $29,373.52 | Arrearages: | $1,640.00 |
| Paid to Trustee: | $2,726.47 | Total Plan Base: | $48,230.00 |
| Funds on Hand: | $0.01 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.