# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA
# READING DIVISION

| | |
|---|---|
| **In re:**  **PEGGY S. DENNIS,**  **Debtor** | **Chapter 13 Bankruptcy**  **Bankruptcy No. 17-12856 PMM** |

## WITHDRAWAL OF PROOF OF CLAIM NO. 3 FILED BY ROBESON TOWNSHIP

Robeson Township, by and through its counsel, George M. Lutz, Esquire and Hartman, Valeriano, Magovern & Lutz, P.C., hereby files this Withdrawal of Proof of Claim No. 3, and respectfully requests that the Proof of Claim No. 3, which was filed by Robeson Township on June 19, 2017, be withdrawn.

Counsel certifies that although he is Debtor's counsel, Robeson Township has waived any conflict and has authorized him to withdraw Proof of Claim No. 3.

**Date:** August 12, 2022

**Respectfully submitted,**

**Hartman, Valeriano, Magovern & Lutz, PC**

**by:**   /s/ George M. Lutz

**George M. Lutz, Esquire**
**1025 Berkshire Boulevard, Bldg. 700**
**Wyomissing, PA  19610**
**Pa. Attorney ID No.: 46437**