**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

|  |  |
|---|---|
| **In re:** | **Chapter 13 Bankruptcy** |
| **Peggy S. Dennis,** | |
| **Debtor** | **Bankruptcy No. 17-12856 PMM** |

### PRAECIPE TO CHANGE ADDRESS

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:

Kindly change the above referenced Debtor's address to the following:

1448 Butter Lane
Reading, PA 19606

Date: August 26, 2022

Respectfully submitted,

**Hartman, Valeriano, Magovern & Lutz, P.C.**

by:    /s/ George M. Lutz

George M. Lutz, Esquire
1025 Berkshire Blvd., Suite 700
Wyomissing, PA 19610
Attorney I.D. No. 46437
Phone: 610-779-0772