# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
## READING DIVISION

| | |
|---|---|
| In re:<br><br>PEGGY S. DENNIS,<br><br>Debtor | Chapter 13 Bankruptcy<br><br>Bankruptcy No. 17-12856 PMM |

## WITHDRAWAL OF NOTICE OF APPLICATION FOR COMPENSATION

Debtor, Peggy S. Dennis, by and through her counsel, George M. Lutz, Esquire and Hartman, Valeriano, Magovern & Lutz, P.C., hereby files this Withdrawal of Notice of Application for Compensation, and respectfully requests that the Notice of Application for Compensation, which was filed by the Debtor on August 29, 2022, be withdrawn.  (The Notice incorrectly states that notice period as 21 days.)

**Date:**  August 29, 2022

                                       **Respectfully submitted,**

                                       **Hartman, Valeriano, Magovern & Lutz, PC**

                    **by:**    /s/ George M. Lutz

                                       **George M. Lutz, Esquire**
                                       **1025 Berkshire Boulevard, Bldg. 700**
                                       **Wyomissing, PA  19610**
                                       **Pa. Attorney ID No.: 46437**