## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:**<br><br>**PEGGY S. DENNIS,**<br><br>Debtor | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy No. 17-12856 PMM** |

### NOTICE OF APPLICATION OF GEORGE M. LUTZ, ESQUIRE AND HARTMAN, VALERIANO, MAGOVERN & LUTZ, P.C. FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

To the Debtor, the Chapter 13 Trustee, the United States Trustee, and all parties in interest, NOTICE IS HEREBY GIVEN:

1. That George M. Lutz, Esquire, and Hartman, Valeriano, Magovern & Lutz, P.C., counsel for the Debtor in the above-captioned matter, have filed an Application with this Court for Allowance of Compensation ("Application") in connection with legal services rendered to and expenses incurred on behalf of the Debtor in this bankruptcy proceeding.

2. That the Application requests the Court to enter an Order approving reimbursement of actual, necessary counsel fees in the amount of $7,850.13, of which $690.00 was received pre-petition and $6,178.98 was received postpetition.

3. That any answer, objection, responsive pleading or request for hearing in writing must be filed with the Clerk of the United States Bankruptcy Court, The Gateway Building, Suite 103, 201 Penn Street, Reading, PA 19601, and a copy thereof served on the counsel whose name and address appear below, within fourteen (14) days from the date of this notice.

4. That in the absence of an answer, objection or request for hearing, counsel will certify the same to the Court after fourteen (14) days from the date of this notice and the Court may enter the proposed Order approving said counsel fees.

Date: August 29, 2022

Respectfully submitted,
**Hartman, Valeriano, Magovern & Lutz, P.C.**

by:   */s/ George M. Lutz*

**George M. Lutz, Esquire**
**1025 Berkshire Blvd., Suite 700**
**Wyomissing, PA  19610**
**Attorney I.D. No. 46437**
**Phone:  610-763-0745**