**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| **In re:**  <br><br>**PEGGY S. DENNIS,**  <br><br>**Debtor** | **Chapter 13 Bankruptcy**  <br><br>**Bankruptcy No. 17-12856 PMM** |

**CERTIFICATE OF SERVICE**

The undersigned, Ashley N. Santana, of Hartman, Valeriano, Magovern & Lutz, P.C., hereby certifies that on August 29, 2022 true and correct copies of the Application for Compensation with Exhibits A and B, Notice, and Order were served upon:

1. each of the recipients listed below by way of electronic means at the email addresses indicated:

    LISA MARIE CIOTTI on behalf of Trustee FREDERICK L. REIGLE
ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com

LEON P. HALLER on behalf of Creditor U.S. Bank National Association
lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com

KEVIN G. MCDONALD on behalf of Creditor U.S. Bank National Association
bkgroup@kmllawgroup.com

KEVIN G. MCDONALD on behalf of Creditor U.S. Bank National Association et al ...
bkgroup@kmllawgroup.com

ROLANDO RAMOS-CARDONA on behalf of Trustee SCOTT F. WATERMAN
(Chapter 13)
ecfmail@readingch13.com

REBECCA ANN SOLARZ on behalf of Creditor U.S. Bank National Association
bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

SCOTT F. WATERMAN (Chapter 13)
ECFMail@ReadingCh13.com

MATTEO SAMUEL WEINER on behalf of Creditor U.S. Bank National Association
bkgroup@kmllawgroup.com

and

**2.** upon all addressees on the bankruptcy clerk's mailing matrix, with the exception of those who received service by electronic means as stated in Section 1 above, by first class, United States mail, postage prepaid

**Date: Monday, August 29, 2022**

                                **Respectfully submitted,**

                                **Hartman, Valeriano, Magovern & Lutz, PC**

**by:**    */s/ Ashley N. Santana*
_____
**Ashley N. Santana
1025 Berkshire Boulevard, Suite 700
Wyomissing, PA  19610**