## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
## READING DIVISION

| | |
|---|---|
| In re:<br><br>**PEGGY S. DENNIS,**<br><br>Debtor | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy No. 17-12856 PMM** |

### CERTIFICATE OF NO RESPONSE
### RE: APPLICATION FOR COMPENSATION

The undersigned, George M. Lutz, Esquire, attorney for the Debtor, hereby certifies that no answer, objection or other responsive pleading has been served upon me or upon the Debtor in connection with the Application for Compensation, which was served upon all parties of interest on August 29, 2022.

Dated: September 14, 2022

                                              **Respectfully submitted,**

                                              **Hartman, Valeriano, Magovern & Lutz, PC**

        **by:**    */s/ George M. Lutz*

                          **George M. Lutz, Esquire**
                          **1025 Berkshire Boulevard, Suite 700**
                          **Wyomissing, PA  19610**
                          **Pa. Attorney ID No.: 46437**
                          **Attorneys for Debtor**