## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| In re: | Chapter 13 Bankruptcy |
|---|---|
| PEGGY S. DENNIS, | |
| Debtor | Bankruptcy No. 17-12856 PMM |

### ORDER

**AND NOW**, upon consideration of the Application for Compensation ("the Application") filed by Debtor's counsel ("the Applicants") and upon the Applicants' certification that proper service has been made on all interested parties and upon the Applicants' Certificate of No Response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is **ALLOWED** in favor of the Applicants in the amount of **$1,169.15** (attorney's fees of $981.15 and expenses of $188.00).

3. The aforesaid amount shall not be paid by the Chapter 13 Trustee, but rather from funds escrowed by the Debtor with the Applicant.

**Date:** 9/15/22

BY THE COURT:

*Patricia M. Mayer*
_____
**Patricia M. Mayer**
**United States Bankruptcy Judge**