**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| In re:<br><br>  **PEGGY S. DENNIS,**<br><br>  **Debtor** | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy No. 17-12856 PMM** |

## CERTIFICATE OF SERVICE

The undersigned, Ashley N. Santana, of Hartman, Valeriano, Magovern & Lutz, P.C., hereby certifies that on March 22, 2023 true and correct copies of the Motion to Modify the Fifth Amended Chapter 13 Plan, Exhibit A, the Notice, and the Order were served upon:

1.    each of the recipients listed below by way of electronic means at the email addresses indicated:

LISA MARIE CIOTTI on behalf of Trustee FREDERICK L. REIGLE
ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com

LEON P. HALLER on behalf of Creditor U.S. Bank National Association
lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com

KEVIN G. MCDONALD on behalf of Creditor U.S. Bank National Association
bkgroup@kmllawgroup.com

KEVIN G. MCDONALD on behalf of Creditor U.S. Bank National Association et al ...
bkgroup@kmllawgroup.com

BRIAN CRAIG NICHOLAS on behalf of Creditor U.S. Bank National Association
bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

ROLANDO RAMOS-CARDONA on behalf of Trustee SCOTT F. WATERMAN
[Chapter 13]
ecfmail@readingch13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

SCOTT F. WATERMAN [Chapter 13]
ECFMail@ReadingCh13.com

MATTEO SAMUEL WEINER on behalf of Creditor U.S. Bank National Association
bkgroup@kmllawgroup.com
 and

**2.**     upon all addressees on the bankruptcy clerk's mailing matrix, with the exception of

those who received service by electronic means as stated in Section 1 above, by first class, United

States mail, postage prepaid

**Date: March 24, 2023**

                                                                 **Respectfully submitted,**

                                  **Hartman, Valeriano, Magovern & Lutz, PC**

**by:**     */s/ Ashley N. Santana*
                             _____
                             **Ashley N. Santana**
                             **1025 Berkshire Boulevard, Suite 700**
                             **Wyomissing, PA  19610**