**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| In re:<br><br>**PEGGY S. DENNIS,**<br><br>Debtor | **Chapter 13  Bankruptcy**<br><br>**Bankruptcy No. 17-12856 PMM** |

**CERTIFICATE OF NO RESPONSE**
**RE: MOTION TO MODIFY PLAN**

    The undersigned, George M. Lutz, Esquire, attorney for the Debtor, hereby certifies that no answer, objection or other responsive pleading has been served upon me or upon the Debtor in connection with the Motion to Modify Plan, which was served upon all parties of interest on March 22, 2023.

Dated: April 27, 2023

                                       **Respectfully submitted,**

                                       **Hartman, Valeriano, Magovern & Lutz, PC**

              **by:**    */s/ George M. Lutz*

                                       **George M. Lutz, Esquire**
                                       **1025 Berkshire Boulevard, Suite 700**
                                       **Wyomissing, PA  19610**
                                       **Pa. Attorney ID No.: 46437**
                                       **Attorneys for Debtor**