## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
## READING DIVISION

| | |
|---|---|
| **In re:** | **Chapter 13 Bankruptcy** |
| **PEGGY S. DENNIS,** | |
| **Debtor** | **Bankruptcy No. 17-12856 PMM** |

## ORDER GRANTING MOTION TO MODIFY PLAN

**AND NOW** upon consideration of the Debtor's Motion to Modify the confirmed Chapter 13 Plan (Document No. 124) (the "Motion")

It is hereby ordered that:

1)  The Motion is granted; and

2)  The Modified Plan (Document No. 123) is **approved.**

**Date:** April 27 , 2023

_Patricia M. Mayer_
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**