United States Bankruptcy Court

Eastern District of Pennsylvania

In re: | Case No. 17-12856-pmm
Peggy S. Dennis | Chapter 13
　　　Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4　　　　　　　　　　User: admin　　　　　　　　　　Page 1 of 2
Date Rcvd: May 23, 2023　　　　　　　Form ID: 138OBJ　　　　　　　Total Noticed: 19

The following symbols are used throughout this certificate:
**Symbol　　Definition**
+　　　　　Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 25, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Peggy S. Dennis, 1448 Butter Lane, Reading, PA 19606-1158 |
| 14318344 | + | George M. Lutz, Esquire, Hartman, Valeriano, Magovern & Lutz, P.C, 1025 Berkshire Blvd, Suite 700, Wyomissing, PA 19610-1284 |
| 14030615 | + | George M. Lutz, Esquire, Hartman, Valeriano, Magovern & Lutz, P.C., 1100 Berkshire Blvd., Suite 301, Wyomissing, PA 19610-1292 |
| 13936643 | + | Robeson Township, Attention: Gerri Sensenig, 8 Boonetown Road, Birdsboro, PA 19508-8317 |
| 13975303 | + | U.S. Bank National Association, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 13906448 | + | U.S. Bank National Association, Trustee, for Pennsylvania Housing Finance Agency, 211 N. Front St., Harrisburg, PA 17101-1406 |
| 13906449 | + | Wells Fargo Dealer Service, Bankruptcy Dept., P.O. Box 1879, Winterville, NC 28590-1879 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | May 24 2023 00:51:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | May 24 2023 00:51:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13906443 | + | Email/Text: ally@ebn.phinsolutions.com | May 24 2023 00:51:00 | ALLY FINANCIAL, PO Box 380901, Minneapolis, MN 55438-0901 |
| 13929722 | | Email/Text: ally@ebn.phinsolutions.com | May 24 2023 00:51:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 13906444 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 24 2023 00:55:03 | CHASE CARD, PO Box 15298, Wilmington, DE 19850 |
| 13906445 | + | Email/Text: bankruptcydpt@mcmcg.com | May 24 2023 00:51:00 | MIDLAND CREDIT MGMT INC, 2365 Northside Dr 300, San Diego, CA 92108-2710 |
| 13906446 | + | Email/PDF: cbp@onemainfinancial.com | May 24 2023 00:55:16 | ONEMAIN FINANCIAL, PO Box 1010, Evansville, IN 47706-1010 |
| 13932804 | | Email/PDF: cbp@onemainfinancial.com | May 24 2023 00:55:14 | ONEMAIN FINANCIAL, INC., P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14255258 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 24 2023 00:55:04 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 13906447 | + | Email/Text: bncmail@w-legal.com | May 24 2023 00:51:00 | TD BANK USA/TARGET CREDIT, PO Box 673, Minneapolis, MN 55440-0673 |
| 13982172 | + | Email/Text: blegal@phfa.org | May 24 2023 00:51:00 | U.S. Bank National Association, c/o Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 13948491 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | May 24 2023 01:07:07 | Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se, PO Box 19657, Irvine CA 92623-9657 |

TOTAL: 12

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 23, 2023 | Form ID: 138OBJ | Total Noticed: 19 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 25, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor U.S. Bank National Association bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| George Meany Lutz | on behalf of Debtor Peggy S. Dennis glutz@hvmllaw.com HartmanValerianoMagovernLutzPC@jubileebk.net |
| KEVIN G. MCDONALD | on behalf of Creditor U.S. Bank National Association et al ... bkgroup@kmllawgroup.com |
| KEVIN G. MCDONALD | on behalf of Creditor U.S. Bank National Association bkgroup@kmllawgroup.com |
| LEON P. HALLER | on behalf of Creditor U.S. Bank National Association lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com |
| LISA MARIE CIOTTI | on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com ecf_frpa@trustee13.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor U.S. Bank National Association bkgroup@kmllawgroup.com |
| ROLANDO RAMOS-CARDONA | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Peggy S. Dennis

    Debtor(s)

Case No: 17−12856−pmm

Chapter: 13

---

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

    United States Bankruptcy Court
    Office of the Clerk, Gateway Building
    201 Penn Street, 1st Floor
    Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 5/23/23

134 − 133
Form 138OBJ