United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Peggy S. Dennis  
    Debtor

Case No. 17-12856-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 2  
Date Rcvd: May 23, 2023     Form ID: 234     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 25, 2023:**

**Recip ID**      **Recipient Name and Address**  
db      + Peggy S. Dennis, 1448 Butter Lane, Reading, PA 19606-1158

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 22, 2023 at the address(es) listed below:

**Name**      **Email Address**

BRIAN CRAIG NICHOLAS  
     on behalf of Creditor U.S. Bank National Association bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com

George Meany Lutz  
     on behalf of Debtor Peggy S. Dennis glutz@hvmllaw.com  HartmanValerianoMagovernLutzPC@jubileebk.net

KEVIN G. MCDONALD  
     on behalf of Creditor U.S. Bank National Association bkgroup@kmllawgroup.com

KEVIN G. MCDONALD  
     on behalf of Creditor U.S. Bank National Association et al ... bkgroup@kmllawgroup.com

LEON P. HALLER  
     on behalf of Creditor U.S. Bank National Association lhaller@pkh.com  dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com

LISA MARIE CIOTTI  
     on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com  ecf_frpa@trustee13.com

District/off: 0313-4     User: admin     Page 2 of 2
Date Rcvd: May 23, 2023     Form ID: 234     Total Noticed: 1

MATTEO SAMUEL WEINER
    on behalf of Creditor U.S. Bank National Association bkgroup@kmllawgroup.com

ROLANDO RAMOS-CARDONA
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Peggy S. Dennis
        Debtor(s)                              Case No:17−12856−pmm
                                                 Chapter: 13

_____

*NOTICE OF TERMINATION OF WAGE ORDER*

NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed a notice indicating that all plan payments have been made.

2. **Pursuant to the Amended Standing Order of this Court, Misc. No. 22−03003, any wage order entered in this case has been TERMINATED and the employer shall cease wage withholding EFFECTIVE IMMEDIATELY upon receipt of notice of the termination of the wage order.**

3. Pursuant to the Standing Order, **the Debtor(s) counsel must serve this Notice on the employer FORTHWITH.**

                                                           For The Court

                                                           Timothy McGrath,
                                                           Clerk of Court

Date: 5/23/23